1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Rojas-Penaloza

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      )   CASE NO. 08MJ8316
                                    )
11 |            Plaintiff,           )
                                    )
12 | v.                              )
                                    )   **NOTICE OF APPEARANCE**
13 | AMADA ROJAS-PENALOZA,           )
                                    )
14 |                                 )
              Defendant.             )
15 |_____  )

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of

17  California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18  attorney in the above-captioned case.

19                                              Respectfully submitted,

21  Dated: April 11, 2008                       /s/ *STEPHEN D. DEMIK*
                                                Federal Defenders of San Diego, Inc.
22                                              Attorneys for Defendant
                                                Stephen_Demik@fd.org

1 **CERTIFICATE OF SERVICE**

2 Counsel for Defendant certifies that the foregoing is true and accurate to the best

3 information and belief, and that a copy of the foregoing document has been caused to be delivered this day

4 upon:

5 Courtesy Copy to Chambers

6 Copy to Assistant U.S. Attorney via ECF NEF

7 Copy to Defendant

8

9 Dated: April 11, 2008        /s/ STEPHEN D. DEMIK
                                Federal Defenders of San Diego, Inc.
10                              225 Broadway, Suite 900
                                San Diego, CA 92101-5030
11                              (619) 234-8467 (tel)
                                (619) 687-2666 (fax)
12                              Stephen_Demik@fd.org (email)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28