**FILED**
MAY - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF                DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1511-JAH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| AMADA ROJAS-PENALOZA, | |
| Defendant. | |

The United States Attorney charges:

On or about April 9, 2008, within the Southern District of California, defendant AMADA ROJAS-PENALOZA, did knowingly and intentionally import [50 kilograms or more, to wit:] approximately 61.38 kilograms (135.04 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: __May 8, 2008__.

KAREN P. HEWITT
United States Attorney

*/s/ Carla L. Davis*
JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
5/8/08